FILED

03/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0418

_____

IN RE THE MARRIAGE OF:

JENNIFER L. RUSSUM,

      Petitioner and Appellant,

  and

MATTHEW S. WENDT,

      Respondent and Appellee.

               O R D E R

_____

Upon consideration of Appellant's motion for extension of time to file her reply brief,

IT IS HEREBY ORDERED that Appellant shall have up to and including April 18, 2022, to file her reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2022